# EXHIBIT P

Case 2:18-cr-00214-JLR   Document 6-16   Filed 09/03/18   Page 1 of 7

**AFTER RECORDING MAIL TO:**

Jackson Schmidt
Pepple Cantu Schmidt, PLLC
1501 Western Avenue, Suite 600
Seattle, WA 98101



```
20111003001285
PEPPLE CANTU S J      67.00
PAGE-001 OF 006
10/03/2011 14:40
KING COUNTY, WA
```

## WASHINGTON STATE RECORDER'S COVER SHEET
(King County)

| | |
|---|---|
| **Document Title:** | FINAL JUDGMENT |
| **Plaintiff:** | CHAD GALLAHER and TERESA GALLAHER, husband and wife and the Washington marital community comprised thereof; and JOHN MILLER, an unmarried individual residing in Nevada |
| **Defendant:** | PRADYUMNA KUMAR SAMAL and SAGARIKA SAMAL, husband and wife, and the Washington marital community comprised thereof |
| **Legal Description:** | 18 BUTLER ESTATES TGW UND INT IN TRACT C |

**Assessor's Property Tax Parcel/Account Numbers:** 127700-0180



FILED
11 SEP 30 AM 9: 25
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA.



CERTIFIED COPY

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| CHAD GALLAHER AND TERESA GALLAHER, husband and wife and the Washington marital community comprised thereof; and JOHN MILLER, an unmarried individual residing in Nevada,<br><br>Plaintiffs,<br><br>v.<br><br>PRADYUMNA KUMAR SAMAL and SAGARIKA SAMAL, husband and wife, and the Washington marital community comprised thereof,<br><br>Defendants. | NO. 11-2-22049-4 SEA<br><br>*The Hon. Patrick Oishi*<br><br>FINAL JUDGMENT<br><br>**Clerk's Action Required** |
|---|---|

| 1. | Judgment Creditor | Chad Gallaher, Teresa Gallaher, and John Miller |
|---|---|---|
| 2. | Judgment Creditors' Attorneys | Jackson Schmidt, WSBA 16848<br>Pepple Johnson Cantu & Schmidt PLLC<br>1501 Western Avenue, Suite 600<br>Seattle, WA 98101<br>206.625.1711 |
| 3. | Judgment Debtors | Pradyumna Kumar Samal and Sagarika Samal, as a Washington marital community, and their heirs and assigns |

ORIGINAL

FINAL JUDGMENT - 1

LAW OFFICES
PEPPLE, JOHNSON,
CANTU & SCHMIDT, P.L.L.C.
1218 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

| 4. | Judgment Debtors' Attorneys | Larry B. Feinstein<br>Vortman & Feinstein<br>5009 Union Street, Suite 500<br>Seattle, WA 98101<br>206.223.9595 |
|---|---|---|
| 5. | Principal Amount of Judgment | $150,000<br>(One Hundred Fifty Thousand Dollars) |
| 6. | Statutory Attorneys' Fee | $200.00 |
| 7. | Reasonable Attorneys' Fees and Costs for Plaintiffs | $4,813.78 |
| 8. | Pre-Judgment Interest | $5,105.55 |
| 9. | Post-Judgment Interest | 12% per annum |

## II. JUDGMENT

THIS MATTER came before the Court on the plaintiff's motion for entry of summary judgment against defendants Pradyumna Kumar Samal and Sagarika Samal, husband and wife. The motion was made on the grounds that the defendants had defaulted on their obligations under a promissory note without any factual or legal defense for doing so.

This motion was noted for Friday, September 30, 2011, with oral argument.

The Court considered the pleadings filed in this action, including the Declaration of Chad Gallaher dated September 1, 2011 with Exhibits A-C thereto; and the Declaration of Counsel (Jackson Schmidt) dated September 2, 2011 with Exhibits A-B thereto. The Court also considered the following evidence:

_____

_____

_____

_____

FINAL JUDGMENT - 2

LAW OFFICES
PEPPLE, JOHNSON,
CANTU & SCHMIDT, P.L.L.C.
1218 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98101
(206) 625-1711 · FACSIMILE (206) 625-1627

Based on the pleadings and the evidence presented, including the order granting summary judgment to plaintiffs in this matter, the Court makes the following findings of fact and conclusions of law:

1. Defendants defaulted on their obligations under the promissory note as of June 1, 2011. Plaintiffs accelerated the amount due and owing upon the filing of this action, as was their right. To cure this default, defendants would have to fully pay off this Note, which defendants have not done nor offered to do. Accordingly, plaintiffs are entitled to have judgment entered as requested.

2. Plaintiffs are entitled to have judgment entered in the principal amount of $150,000.00, plus pre-judgment interest in the amount of $5,105.55, and reasonable attorney fees and costs in the amount of $4,813.78.

3. Plaintiffs have requested attorney fees and costs in the amount of $4,813.78. The court has reviewed the materials submitted in support of this request and finds the requested amounts to be fair and reasonable given the type and amount of work involved and fees charged for such work generally in this community.

Consistent with its decision and the above findings of fact and conclusions of law, the Court entered final judgment in this matter as follows:

1. <u>Monetary Relief</u>. Plaintiffs are entitled to have judgment entered in the principal amount of $150,000.00, plus pre-judgment interest in the amount of $5,105.55, reasonable attorney fees and costs in the amount of $4,813.78, for a total monetary judgment in the amount of $159,919.33.

2. <u>Post-Judgment Interest</u>. Interest shall accrue on the monetary judgment entered above at 12% per annum.

FINAL JUDGMENT - 3

LAW OFFICES
PEPPLE, JOHNSON,
CANTU & SCHMIDT, P.L.L.C.
1218 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

DATED: 9/30/11



THE HON. PATRICK OISHI

Presented by:

PEPPLE JOHNSON CANTU & SCHMIDT PLLC

By /s/ Jackson Schmidt, WSBA 16848
Jackson Schmidt, WSBA 16848
Attorneys for Plaintiffs

FINAL JUDGMENT - 4

LAW OFFICES
PEPPLE, JOHNSON,
CANTU & SCHMIDT, P.L.L.C.
1218 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98101
(206) 625-1711 · FACSIMILE (206) 625-1627

State of Washington } ss.
County of King

I, BARBARA MINER, Clerk of the Superior Court of the State of Washington, for the County of King, do hereby certify that I have compared the foregoing copy with the original instrument as the same appears on file and of record in my office, and that the same is a true and perfect transcript of said original and of the whole thereof.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Superior Court at my office at Seattle this ___ day of SEP 3 0 2011  20 ___

BARBARA MINER, Superior Court Clerk
By _____
Deputy Clerk
R. BELL