___FILED ___ENTERED
___LODGED ___RECEIVED

SEP 12 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-214 JLR |
|---|---|
| Plaintiff, | ORDER CONTINUING DETENTION |
| v. | |
| PRADYUMNA K. SAMAL, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 12th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE