The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PRADYUMNA KUMAR SAMAL,<br><br>Defendant. | NO. CR18-214JLR<br><br>**NOTICE OF RELATED CASE** |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Siddharth Velamoor, Assistant United States Attorney for said District, submits the following notice.

The above-captioned cause is directly related to the case of *United States v. Barbara Tomaszewski*, CR18-213JLR, in which Barbara Tomaszewski is a Defendant. In that case, the Defendant has pleaded to Conspiring with the Defendant in this case, including with regard to the commission of the offense charged in this case.

NOTICE OF RELATED CASE - 1
CR18-214JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 12th day of September, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Siddharth Velamoor*
SIDDHARTH VELAMOOR
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-7970
Fax:              (206) 553-2502
E-mail: Siddarth.Velmaoor@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Kylie Noble*
KYLIE NOBLE
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2520
Fax: (206) 553-4440
E-mail: kylie.noble@usdoj.gov

NOTICE OF RELATED CASE - 2
CR18-214JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970