THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-214 JLR |
| Plaintiff, | ~~[Proposed]~~ |
| v. | ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| PRADYUMNA KUMAR SAMAL, | |
| Defendant. | |

THE COURT having reviewed the court file and the pleadings in this matter and being fully apprised of the circumstances

IT IS HEREBY ORDERED THAT Stephan R. Illa is permitted to withdraw as counsel for the defendant Pradyumna Kumar Samal, and Emma C. Scanlan. is substituted as counsel of record for defendant Pradyumna Kumar Samal. Defendant shall file a pleading, not to exceed 10 pages, showing cause why the Government's request for a greater CJA fee should not be granted. Due by 2 January 2019.

DATED this 20th day of December, 2018.

THE HONORABLE JAMES L. ROBART
United States District Judge

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

Presented by:

/s/ Emma C. Scanlan
Emma C. Scanlan, WSBA #37835
Substituting Attorney for Pradyumna Kumar Samal

Approved as to form:

/s/ Stephan Illa
Stephan Illa, WSBA #15793
Attorney for Pradyumna Kumar Samal

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780