UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRADYUMNA KUMAR SAMAL,<br><br>Defendant. | CASE NO. CR18-0214JLR<br><br>ORDER ON PAYMENT BY DEFENDANT |

On December 20, 2018, the court ordered Defendant Pradyuma Kumar Samal to show cause why the court should not grant Plaintiff United States of America's request that Mr. Samal be required to pay immediately the fees and expenses of his previously appointed counsel. (12/20/2018 Order (Dkt. # 37); *see also* Resp. (Dkt. # 36).) The court is in receipt of Mr. Samal's response to the order to show cause. (Reply (Dkt. # 38).) Having reviewed the parties' submissions and the applicable law, the court ORDERS as follows:

//

ORDER - 1

1. Mr. Samal shall pay to the Clerk of this Court $1,000.00 each month, no later than the tenth day thereof, unless the total payments already made equal the total fees and expenses of Mr. Samal's previously appointed counsel;
2. Such payments shall be in the form of cashiers checks, certified checks, or money orders payable to the Clerk of the United States District Court, 700 Stewart Street, Lobby Level, Seattle, WA 98101;
3. Mr. Samal shall submit his first payment on or before January 11, 2019; and
4. The Clerk shall transmit a copy of this order to the Financial Deputy.

Dated this 9th day of January, 2019.

The Honorable James L. Robart
U.S. District Court Judge