THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRADYUMNA KUMAR SAMAL,<br><br>Defendant. | No. CR 18-214 JLR<br><br>[PROPOSED] ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |



The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, finds that the ends of justice will best be served by continuing the trial date and pretrial motions deadline in this matter. Based on the undisputed facts set forth in the motion to continue, which are hereby incorporated by reference and adopted as findings of fact, the Court finds that the ends of justice will best be served by a continuance of the trial date and outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

The Court further finds that the failure to grant such a continuance in this case would likely result in a miscarriage of justice because the defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv). The period of

[PROPOSED] ORDER (CR18-214JLR) - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

time between the entry of this order and the new trial date is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B).

It is hereby ORDERED:

1. Defendant Pradyumna Samal's motion to continue the trial date and pretrial motions deadline is GRANTED.
2. Pretrial motions shall be filed by 26 Sept. 2019.
3. The trial date shall be 28 Oct. 2019 @ 9:00am
4. No further continuances will be granted. JLR

DATED this 19th day of Feb. 2019.

_____
JAMES L. ROBART
United States District Court Judge

[PROPOSED] ORDER (CR18-214JLR) - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780