UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRADYUMNA KUMAR SAMAL,<br><br>Defendant. | CASE NO. CR18-0214JLR<br><br>ORDER |

The court enters the following non-sealed order in response to Defendant's supplemental motion for allocation of funds for forensic accountant. (Supp. Mot. (Dkt. # 68).)

In his earlier motion for allocation of funds for forensic accountant (Mot. (Dkt. # 63)), Defendant sought an order allocating $20,000.00 for completion of forensic accounting services he allegedly could no longer afford. (*See generally* Mot. (Dkt. # 63).) The court granted in part and denied in part the motion. (Order (Dkt. # 64).)

ORDER - 1

Defendant's supplemental motion is as misguided as Defendant's original motion. The only justification for the supplemental motion is that the accountant has finished her work. Without a material change in the facts, Defendant's supplemental motion is actually nothing more than a disguised motion for reconsideration.

Defendant's supplemental motion is DENIED. Defendant's lawyers, Ms. Emma Scanlan (WSBA #37835) and Mr. Craig Suffian (WASD #52697) are cautioned that their conduct is perilously close to sanctionable.

Dated this 23rd day of August, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2