# EXHIBIT A

TRULINCS  40098086 - SAMAL, PRADYUMNA KUMAR - Unit: SET-D-C

--------------------------------------------------------------------------------

FROM: 40098086
TO:
SUBJECT: Letter to the Honorable Judge James L. Robart
DATE: 09/11/2019 09:21:11 PM

The Honorable Judge James L. Robart, United States District Court for the western district of Washington at Seattle.

Respectfully, with sorrowed heart and humbled spirits, I express my deepest regrets, remorse, and accept responsibility for my actions. Against my better judgment and contrary to my personal character, I Committed a crime, I stand before you today ashamed by the wrong decisions I made, full of regrets, and doused in failure, much like an Olympic athlete who made the decision to consume drug well in advance of the Olympics while the moral failure of cheating . Even if the athlete wins, he has lost more than he gain. *misguidedly hoping that winning a gold medal overshadows*

Reflecting on conflicting dualities that I fear reside within my personality structure, I can see two distinct characters within me. The first is one that prioritizes family and love for my wife, our children, my parents, friends and family. I am fiercely devoted to all of them. The second is, my zealous pursuit of success and professional glory is the antithesis of my devotion to my family. It has thus far contributed to their torment and anguish over the position I have put them and myself in. My character parallels that of the Olympic athlete and drug, it was relentless in its drive and blinding in its mystic euphonium, a dangerous state of mind that I now detest with every fiber within my being. Absolutely nothing, no accomplishment, success, or financial gain is ever worth an iota of my family's peace of mind and well being. I am deeply regretful that I allowed the my ego character to bring on the demise of the loving father and husband within me.

My crime *were* wrong, and I should not have prioritized my professional goals aspirations and success, by allowing them to blind me to the laws and regulations of the United States of America, a great country where my wife and I raised our family. For the past thirteen months that I've been in jail, I have been struggling with the wrongs I've done also ashamed by my actions and the burden i have placed upon my family.

My greed focused only on the prize of success. I instructed my executive team  to use a client letter for visa applications. Even though i knew these instructions were wrong. My actions ultimately caused an operational shut down of the company and a consequential failure in completing both 401-K Plan contributions for four of my  employees, and 940 tax payment for the company. I assure you your honor that i will stand behind those obligations and  bring them current at the earliest possible opportunity available to me. I extend my sincerest apologies to my four employee's for this unfortunate demise. I should have learned a lesson from the moral failure I suffered  during the Minecode case in 2009. Your honor, i respectfully ask that you place a order on me at sentencing, that i must repay my former employee's 401-k plan contributions because i feel like it is the honest thing for me to do!

I spent the past 27 years of my life working and developing cutting-edge information technology, machine learning, data science, and data analytics .In recent years a career crowning opportunity presented itself in the form of a unique artificially intelligent , machine learning algorithm capable of tackling a historically formidable undertaking that has challenged the utility industry and related high-tech companies, its regulatory compliance, strategic interests of America, and its global leadership in this emerging field. The Volume of unstructured data under management is inundating, to say the least, the man power requirement was tremendous, the supply thereof was vexingly scarce, and time was mission critical. my company invested several years and millions of dollars in developing this platform. The successful completion of sample real time active client data enthused our clients into engaging my company with long term contracts. At that point, the urgency became real and actionable, i then pursued short cuts to obtain h1b visas illegally which i knew was a crime and i am deeply sorry for my actions.

While I was in India in 2018, I learned from my legal counsel at that time that a hidden indictment was most likely awaiting my return home to America. I promptly made the decision to fly back  home to confront this indictment even though others attempted to convince me not to return home. Upon landing at Sea-tac airport I was arrested .

My personal imperative and nature of my upbringing, cultural obligations, and sense of duty towards my very elderly parents, my wife, and our two sons are foremost on my mind. Particularly, my wife who faces serious health challenges she has been battling for years only to be exasperated by my legal challenges. Her Psychiatric and physiologic challenges are only part of her anxiety over our sons, our elderly and ailing parents, her inability to drive a car, or hold a job, not to include having to be the rock for our sons who are wrestling with accepting over what is happening in our lives. My father  suffered an acute pulmonary injury upon hearing of my arrest. I have been contemplating  remedies for my family's challenges all while not knowing what the future may hold for me upon my release. In fact everyday your honor,i ask myself the very same questions What will I be able to do? How will I earn a living? Your honor, i am terrified i may not be able to fully provide for my family upon my release as i have always done throughout my adulthood!

TRULINCS  40098086 - SAMAL, PRADYUMNA KUMAR - Unit: SET-D-C

--------------------------------------------------------------------------------------------------

God Blessed my wife and I with two sons who have been studious, free of drugs and alcohol, and most importantly loving. Our 14 year old is entering into adulthood and needs fatherly guidance. Our 18 year old earned an admission to an computer science program at Bellevue College .Our younger son shall attend Bellevue high school this fall. My wife's health challenges have not allowed her to even partially transition in professional endeavors as our sons grew up. My incarceration has only exasperated her challenges and I am barely able to bear the burden of guilt about putting family, and employee's in the situation we are all in.

I stand before you today, a few days shy of thirteen months in jail. In a place that is very dark to me,i can not believe i took for granted  the joy of everyday  freedom. I spend my waking hours praying and meditating while spending my sleeping hours dreaming that i can salvage my life and repair my reputation will re-enter society a better person, cognizant of priorities, law abiding, and God fearing, as i heal from the trauma I caused my family, my employees, and those affiliated with my companies.I am ashamed and i am sorry.

Respectfully,

Pradyumna Kumar Samal