Sagarika Samal

14695 NE 16th Bellevue WA

Dear Honorable Judge,

    I am writing this letter for my husband to be released. My husband and I have been married for 22 years. We have two school going boys ages 13 and 18. My husband is very dedicated to me and is a loving father to his two sons. He is the sole money earning member of the family.

    My family and I need my husband to released as we have not lived without him for this long our entire lives. Due to his long absence my old health issues have resurfaced. Previously I had severe anxiety attacks and I was only able to recover from them with the help of my husband. These issues are caused by high stress and right now they are at their highest. I have never had a job before, and I cannot drive. My husband has taken care of everything for our children. He drove them to school every day and picked them up. He made sure they participated in all their activities. Currently, I am facing trouble keeping up with finances. It is hard for me to keep up with the house mortgage, buying food, insurance, and paying for school tuitions for two my sons. It was my husband's life-long desire to see our oldest son graduate and go to a good college. Due to his absence my eldest son who had a good career in computer science at a great university has not decided to leave after seeing my condition. I want my husband to be released so he can take care of our youngest son and I and so my eldest son's future is not destroyed. My husband has main support of our family in every spear of our life and this family is slowing deteriorating without him. I assure you that I will not leave my husband's side and become the second authority in all his decision making. I request you to please release him and save our family.

Sincerely,

Sagarika Samal

14695 NE 16th ST

Bellevue, WA, 98007

9/10/19

Dear Most Honorable Judge,

I, Ritesh Samal age 18 years, am asking for the release of my father. My Father (Pradyumna Kumar Samal) has been by my side for all my life. first word, first steps, first day in high school. He taught me how to drive, work computers, and how to act in the world. Now due to these hardships he missed my 18th birthday and my graduation from high school making this last year the worst of my life. I have had to quit soccer to take care of the family and any time my friends ask me to hang out I am unable to leave my family to go. I have tried my best to help my family to get through this but my mom, due to her medical issues is starting to have anxiety attacks once again. This has lead me to not attend Penn State University in hopes that my support may be able to keep my family going till my father returns. Any time I am alone I get depressed thinking about how my Dad is doing and what conditions he is living in. My Dad has been supporting me with everything and without his guidance right now in the most integral part of my life I feel lost. I know the how horrible my Dad feels for missing my high school graduation, if he stays in detention any longer, but I have a gut-wrenching feeling that my family will be destroyed without the support of my father. Please consider releasing my father not as a luxury for him, but a necessity for us. If my father is released, he will be able to help me with college, settle our finances, and help lighten the extra burdens thrust on me. I have tried my hardest not be selfish and grow up fast and help support my family, but I think I have reached the limits of my mental fortitude, and all I want is my father is returned to my family.

Sincerely,

Ritesh Samal

Dear Honorable Judge,

  My father is the biggest structural column in our family, and since he has been away, our family is slowly crumbling. Sometimes our only hopes are when we can visit him over the weekend, or a lucky weekday off from school and we can visit him. At first, a short hour or two gave our family strength too run on for a day or more, but lately it isn't enough. My mother gets unwell and weeps and begs to god that he can bring my father home. I can see my brother trying to lift the weight my father carried, but I can see him cracking. When my mother is weeping, and my brother doing more than his fair share of responsibilities, I sit alone and don't understand my position in the family. When I am with my father, he always teaches me and tells me reassuring things that I will be and do in the future, but without him I see no use in myself. He has sacrificed so much for me and I don't know what to do without him.


Sincerely,

MS

Respected Honorable Judge

Dt. 25th July 2019

This is an appeal, Honorable Judge my beloved son Pradyumna Kumar Samal is under custody for a long time. I am a senior citizen aged about 78 Years old suffering from severe old age ailments. I was on my return trip home on my bike when I received the news of his arrest. I went into complete shock and got into an accident with a car. I fractured my hip bone and was unable to move for 6 months and now I still need support to move. He is the only one in my family who earnestly looked after me and I now all I can do now is hopelessly miss him. I unable to sleep knowing my very innocent, sincere, helpful and hardworking son, with his kind heart, is under custody with such accusations. I do not know how long I can live with this stress knowing I can not do anything for him. All I can do is beg for him is beg for his release.

Honorable Judge this is my first and last request during last part of my life.

With Regards,


Surendra Prasad Samal

Father of Pradyumna Kumar Samal

Respected Honorable Judge

Dt. 25th July 2019

I am a 77 year old mother of my son Pradyumna Kumar Samal, who is under your custody nearly one year. I used to pass time taking care of my husband and talking with my son on the phone. Now am bed ridden due to my old age and severe asthma, unable to enjoy either of my pastimes. I cannot search for support from my husband as he is also bedridden and is under pressure. My son is only my hope to give me a drop of water during my last part of my life. I lay in bed all day confused how my spiritual, sincere, supportive son can be accused of such things. I remember him doing so much community work for his village of birth and visiting a temple every day to pray for my wellbeing. Now I unable to go to a temple to pray for him myself and I makes me feel horrible. Please honorable Judge I pray to you to see the all his good qualities and release him.

Honorable Judge, with my folded hand I request you, kindly release him.

With Regards,

Radhika Mani Samal Mother of Pradyumna Kumar Samal