# EXHIBIT E

To Whom it May Concern,

I was introduced to PK Samal by a mutual business connection in the fall of 2016 when my colleague and I were starting a technology company. Over the course of a year PK was generous with his time sharing both his business successes and failures with me as I worked to build the business in its earliest stages.

I have met more people than is typical for most professionals. I spent the first five years of my career helping thousands of victims from catastrophic disasters across the United Stages, as I formerly worked full-time for the American Red Cross and the Federal Emergency Management Agency. I also worked for the United Nations for 18 months, working six miles from the front line in the war in Former Yugoslavia. I then spent over 15 years leading global consulting practices for Fortune 500 technology companies, which means I spent nearly every work day with enterprise executives and their technology teams around the world.

I share this with you for context that I have extensive experience with a wide range a people around the world, from disaster and war victims to Fortune 500 CEO's.

I only know one side to PK, and that is one of kindness, willingness to help, and generosity. He is a smart, educated, and experienced man, and has a tremendous amount of value to contribute to society.

Thank you,

Linda Klug
CEO, Airin, Inc.