# EXHIBIT F

Siddhartha Samal

August 2, 2019

To,
The Honorable Judge,
Seattle Court

I know Mr. Pradyumna Kumar Samal since November, 1997 which is 22 years now. He is my brother in law. As far as I know him he has a calm and caring nature for all family members. What transpired that put him behind the bars is regrettable but I know he did not had any intention to hurt anybody. I hope he understood his actions and its consequences. Still I have not been convinced that he has been in trouble for last one year with the character I have known for past two decades.

Whenever he comes to India, I have seen him engrossed in his work during the night hours due to the time difference still he takes care that he meets all relatives and respects all elders whom he meets. He is really hard working as I have seen him and works for almost 16 – 18 hours a day. Whenever he is at home he is completely a family man and gives full focus to his family. I have seen him taking care of his kids and guiding them in all activities they take part.
Personally he has helped me to build my career after completing my Post Graduation. I always feel blessed to have a brother in law who takes care more than own brother. He always gives me advise till today on how should I plan my next steps in my professional field so that my growth is on the positive side. He has been a role model for many of us in our family on how he has reached great heights in his professional career. To tell the truth I cannot think of any negative side of his personality ledger to be highlighted.

Pradyumna Kumar Samal has always been a strong personality with a very strong desire for self-improvement. Regardless of the challenges he has faced, I have no doubt he will develop the skills required to avoid making such poor decisions.

I would request the Honorable Court to be considerate while pronouncing the sentence as both his sons need his guidance and his wife needs his support for the making the kids good human beings. I still believe and have faith being a family oriented man he will never be a risk to the society after his release.

I would thank the Honorable Judge for taking time and reading the request for leniency in making the judgement giving a chance to Pradyumna in reorganizing himself and helping his family to get out of this trouble make his sons good professionals for the society.

Thank and Regards,

Siddhartha Samal
Brother in Law of Pradyumna Samal