# EXHIBIT G

01 Aug 2019

Anuradha Vashisht
Managing Trustee
Nivritti
902, Navsansad Vihar, Sector 22
New Delhi
INDIA - 110072

RE: Mr PK Samal,

To The Honourable Judge, ….
Seattle Court

Dear Mr Justice,

I am running a not-for-profit Trust called Nivritti since 2004. The organization works as a catalyst for change and positive human resource development. I know Mr PK Samal as a philanthropist who has much warmth and concern in his heart for the deprived and suffering humanity. I have closely observed him for several years, especially in relation to his keen interest in contributing to the society in some way.

For me the accusation that he is facing is disturbing both as a friend and brother-in-arms at the personal as well as at the humanitarian level. I am very sure of his high moral character and ethics and values that he practices in his daily life. Several times he has selflessly contributed towards the initiatives taken by Nivritti, a Not-for-Profit Trust working variously for the welfare of the society.

Rising above all restrictive dogmas and religious belief systems, he has developed himself as a caring and sensitive spiritual being, who always listens to his conscience and works from his heart. This is reflected in the way he has personally helped many hapless individuals stand on their feet, especially as monetary support.

Samal can really contribute a lot to the society in a positive manner. This can also be seen in the organizations that he set up to help in many social causes in Seattle. He has shown real enterprise in giving opportunities to the youth by setting up a Startup in his adopted country at a time when many would not enter an unchartered arena. This proves he can think far ahead of his time and is ready to back his convictions with his hard-earned money. In this context he has also helped many unemployed youth to stand on their feet in the home state of his native country. This speaks volume about his concern and affinity with his fellow human beings.

Knowing him for so long, I am quite confident that given a chance and support he can be a real asset not only for his adopted country but also to humanity as a whole.

Thanking you.
Warm regards.

Sincerely,

*Anuradha*

(Anuradha Vashisht)