# EXHIBIT H

Honorable Judge,

I understand that PK Samal has been going through some legal predicament and I hope that the following information would be helpful in the final decisions.

I have known PK Samal for over ten years now, and I can easily say that he is one of the most generous and kind-hearted souls I have ever met. We met for the first time at a weekly spiritual meditation group meeting, which eventually led to a lifelong personal relationship outside the meeting as well.

Since the very beginning, PK was the first person that people in our meditation group and friend circle would go to ask for help, and I could never imagine that he would turn anyone down. He always avoided gossiping, bad-mouthing, and negative conversations. I remember many times he said that if you cannot help someone, then at least don't hurt them. He is a very kind and empathetic person who understands what others are going through and always tries to help them to the best of his abilities. He would never try to hurt anyone or take financial advantage of them. Rather, he was always willing to help others financially or morally without expecting anything in return. He wouldn't accept financial help from anyone, not even in the form of a gift.

There is one moment that comes to mind when I think about PK. Back in 2017, I was preparing for a trip to India when my friend's child asked me to bring a laptop for them, but soon after, they took back the request, claiming that their father could not afford the cost of a new laptop. I went to PK and asked him if he had a used laptop, he could sell to me. I explained the situation to him, and he instantly made the decision to give me his personal laptop, which was in very good condition, for free. I offered to pay him for the laptop, but he rejected immediately. He said that this is a gift for a little child who currently does not get a very good education, and that giving this child an opportunity is worth a hundred times more than the cost of a laptop. He even offered to help fund that child's college education.

There have been many such incidents in which PK has stepped up to help. For example, he used to conduct free computer science classes at his office over the summer so people of all ages could come to learn and further their knowledge in the field. He has also told me in the past about his idea to start a charitable program to fund education for kids. He would tear up at times, saying that there are too many people in the world who do not have access to education, and for that reason are unable to improve their living conditions. PK always tried to find new ways to help people in various communities, and he wanted to dedicate himself to community service after he retired.

Another memory that I have about PK is about his grandmother in India. His grandmother became very ill and everyone had given up on her, claiming that her time has come to leave the world. PK did not accept what they were saying, no matter how many people tried to convince him. Although they did not have access to medical help in the village, nor access to transportation to take her to the closest medical facility which was six kilometers away, PK did not give up. He took help from a friend and carried her the whole way in pouring rain on a handmade bed, called Charpai, which was a traditional weaved bed used in villages to sleep. PK's grandmother was also severely dehydrated due to her sickness, but as soon as PK got her to the medical facility, they were able to treat her, and she had a full recovery. With PK's help, she lived a healthy life following her visit to the facility and continued living for another 10 years afterward. His compassion to help others, whether it be his family or friends, is shown

immensely through his daily actions. PK always believed in serving the USA, as this is the country that gave him the opportunity to succeed in life, and now he wants to give back to this country what he gained from it.

He has two wonderful kids and a very kind wife, and they all look up to him for all aspects of their lives. He always makes sure to make time for his kids' school events or at home. Many times, he made dinner for his family if his wife wasn't able to that day or is busy helping the kids with homework and such. No matter what, they ate dinner together as a family every day, but now the kids and his wife feel that there's a vacuum, a void that only he can fill.

Sincerely,

*Vikas Sharma*

Vikas Sharma
14716 97th Ave NE Bothell WA 98011

7-7-2019

Honorable Judge,

I have known PK Samal for more than 10 years now and consider him as a good family friend. Our families have known each other, and our kids have grown together. He is one of the most big-hearted persons that I have met in my life. I remember the first time when I met him at a gathering, he welcomed me with open arms and we immediately struck a friendship which changed to personal family relationship.

Since I have known him, the first person that I would go to for any advice was PK. I have looked upon him for sound advice and sensible cautious advice. He would follow through on issues that were important and would check upon time to time to ensure things were going well. I can speak to his calm nature and his care for friends, family and above all his community. He is a man that frequently volunteers and strives to contribute to our community. I have never seen him turning down anyone for anything whether small or large. I have accompanied him to many community volunteers gathering where we have either helped the kids to do better in subjects that they were lagging or just cleanup of the venue after an event.

Among PK's many community services activities that foremost comes to mind is the free computer education classes he conducted for all at his office. Anyone who was interested, or would want to further their capabilities be welcomed to join and participate in the activity. This would specially help the kids who were in their formative years and were at a point to decide for their career choice. They were able to satisfy their curiosity and were able to decide if this is where they wanted to focus their energy for the future. For the older people it was an avenue to further their careers by learning new and advanced technology to compete with ever changing field. He has at times flirted with the idea of starting a charitable organization to support underprivileged kids to have a decent education.

PK is a good person. He has demonstrated honesty, integrity, and fairness in every transactions in which I have been directly involved. PK is a loving father to two beautiful children, who look to him for guidance and mentoring in their life. He has always made time for them and has attended all their school functions. He is a caring husband who has always provided for the family, and conscientious citizen. With him being away there is void in the whole family the kids miss their beacon of light and the wife is trying to the best for the family without the provider and head of the household.

Sincerely,

Arun K Arora, CPA

8-4-2019

August 10th 2019

Dear Honorable Judge,

My name is Mukesh K. Makker.

I am aware of the seriousness of the allegation against Pradyumna Kumar (PK) Samal. Although I cannot comment on the allegations that the Government has alleged against Mr. Samal, I would like to speak of Mr. Samal as individual. It is with great honor and delight that I write about Mr. Samal.

I met Mr. Samal more than 15 years ago. However, Mr. Samal and I kept in touch as we found each other as a community member. I often ran into him at various events and gatherings in the Seattle area. Mr. Samal also supported a non-profit organization in New Delhi, India and visited India often to attend their events and began practicing mediation and holding these small mediation classes at his residence in Bellevue, WA. I, along with my family, attended some of these sessions at Mr. Samal's house. In 2009, Mr. Samal and I attended weekly meditation events together in the Bellevue area and I got to know Mr. Samal and his family much better. Mr. Samal has always been an upright character in our community. I have had many deep conversations with Mr. Samal and I truly cherish those conversations as they reflected the type of person he was. He is a man with a great and compassionate heart who wanted the best for everyone

At all times I have met Mr. Samal, he has shown to have a generous, kind, loving, and devoted character towards others. He is loved and respected by many of his friends, family, and community members for making a difference in the lives of many people. Mr. Samal was active member in the community and always supported the idea of giving back to the community and others in need. He truly had a compassion for helping others and making a difference in their lives of others. He is someone my family, my friends, and I deeply admire.

Mr. Samal in my mind is a man of good character. He is hard working, dedicated to his work and to his dear ones, family-oriented man that wants to serve the community.

I understand that is difficult for the Court to make a decision of this nature and type, and under these current circumstances. However, I would like the Court to know that I have known Mr. Samal for about 15+ years. He is someone who will constantly remain a inspiration and role model for many. I trust the Court that the letters submitted to the Court on behalf of Mr. Samal's family, friends, acquaintances, are able to show the love and support that many of us feel for him. I trust the Court in reaching an appropriate decision and a decision that always considers the best for everyone.

Thank You,

Mukesh K. Makker