# EXHIBIT I

To the honorable Judge,

I have known Pradyumna Kumar Samal since around 22 years when I was in high school. He is my brother in law.  It was really a surprise to me to when he got into trouble. I have always seen him as my true mentor. He has always been very helpful, honest and a true family man. His life has always revolve around his wife, kids and family. He is someone that you can always count on for any type of advise. He is known around his family and friends as someone who is true combination of professionalism and honesty.

Its my sincere hope the court take this letter into consideration at the time of sentencing.  Despite the current case , I still believe Mr. Samal is a man of great integrity and is extremely dedicated to his family and work and is entirely peace loving. For me he will always be my brother in law whom I respect with all my heart. I truly believe that Mr. Samal doesn't represent any risk if released.

Thank you for your time in reading this. I wanted to speak from my bottom of my heart and hope you will forgive the informality of this letter. I realize you have a huge amount of things to consider in this case. Thanks again for your attention.

Regards,
Srikumar Samal.

01 Aug 2019

Anup Sharma
CB-326, 3rd Floor, Ring Road
Naraina
New Delhi
India—110028

RE: Mr PK Samal,

To The Honourable Judge, ....
Seattle Court

Dear Mr Justice,

Let me introduce myself as a beneficiary, a well-wisher and a father figure for PK Samal. As I have always considered him like a son, so has he always reciprocated with the same amount of regard. A nice person, he's known to be a friend in need as well as in deed. He's well known in friend circle as a person who cannot refuse help to anyone who approaches him. I have personally witnessed him extending support to so many people.

Besides having good business acumen he also practices sound business ethics. Therefore I am surprised at the kind of situation that he has got stuck into. At times he can be generous to a fault; his large-heartedness can be his vulnerable point. Having known him for years and seen him working with all good intentions, I am sure he has got into a problem that cannot be of his own making. I hope he is viewed with as much kindness in court of law as he views the world and its inhabitants.

Thanking you.
Warm regards.

Sincerely,

(Anup Sharma)

01 Aug 2019

Shama Sharma
VPO Dhanotu
Tehsil Shahpur
Distt Kangra (HP)
India—176208

RE: Mr PK Samal,

To The Honourable Judge, ….
Seattle Court

Dear Mr Justice,

I am a 77-year-old woman writing to you from India regarding PK Samal. He is like a son to me and I know him as a warm and affectionate person. He has a special place in my heart, as he never misses an opportunity to do a good deed. Polite and caring, he will always jump into social causes with full fervor. At times I have seen him go out of his way to help others; even at the cost of his own discomfort. A God-loving person like him cannot think of harming anyone. I cannot believe that he can ever be involved intentionally in anything that is unethical or against the law. It breaks my heart to see such a good person stuck in a situation that may not be of his own making. I pray to God that he soon unites with his family and friends and he continue to do good work for times to come.

Thank you, Mr Justice, for finding time to go through my submission.
God Bless!

Sincerely,

(Shama Sharma)

01 Aug 2019

Sunita Saini
330/1, Orchid Island
Gurugram
India—122018

RE: Mr PK Samal,

To The Honourable Judge, ….
Seattle Court

Dear Mr Justice,

I am the wife of a retired officer from the Medical Corp of the Indian Army now settled in the National Capital region of India. I have interacted with PK Samal during his India visits and have attended spiritual congregations with him. He has a keen spiritual orientation and keeps working towards his own and others' evolutionary process. I know him as a kind and compassionate person who is always ready to help fellow human beings. I have personally seen his acts of a Good Samaritan from close quarters.

I feel bad and uncomfortable about the circumstances in which he is caught. I am sure he cannot deliberately act irresponsibly in any situation. I pray that his kindness and humaneness stands him in good stead and wish him well from my heart. Would be grateful if his good qualities as a human being are kept before so many other things.

Thanking you.
Warm regards.

Sincerely,


(Sunita Saini)

Jugesh Mehta

Dear Honorable Judge

My name is Jugesh Mehta and I live in Surrey BC Canada and my family has Mr. PK Samal and his family for 7 years. I first met him when he invited me to perform for a religious event in Seattle. At that time, I was transitioning to my new life as I had just moved from India to Canada. After the event Mr. Samal hosted me and my family at his house very graciously and noticed that I was struggling with my move. He very graciously mentored me on how to live in this new place and what skills I needed to communicate effectively. Since then he has always supported me as a friend and guided and helped me like a brother. Any time my family visited the US I knew that I would be able to stay at his house and receive great knowledge from him during the stay. I am stunned by the accusations he has received as I know him only as a supportive friend, a good human being, and a kind member of society. Whenever I was around him, I would always see him as a dedicated husband an extremely caring father. I have seen him support many of his friends financially and is truly religious follower of god. In other words he has a heart of gold. His absence is affecting us very negatively and I can only imagine how bad his family is suffering. I implore you to release him and return him to a community that is yearning for his return.

Virender Bhogal
(M) 206 941 9604
vbhogal@gmail.com
July 21, 2019

Dear Judge,

I moved to Seattle from Florida in 1988, having been offered a job as an Oceanographer / Environmental Scientist. I am currently retired but involved in study of psychology and self-awareness for optimal health.

Over the past eight to ten years I have known PK Samal and his family socially, meeting periodically at our community's spiritual meditation gathering. Over the years we have shared our views on various aspects of spirituality, compassion, virtues of kindness, a well-rounded development of children leading to kind and generous adults, global politics, and our common heritage being from India. I have always found PK to be thoughtful, caring, sympathetic and philanthropic in his views and actions.

Your Honor, several times in the past I have personally witnessed PK's largess, and once been a recipient of his benevolence.  Due to unforeseen circumstances I found myself in a serious financial predicament and approached PK.  He was very concerned and offered to help me start a business.  However, I was not able to commit to time necessary for the business.  Then PK gave me a long-term loan of $2,000, which helped me tide over the difficult time.

PK's wife and the growing children miss the head of the family but continue draw strength from traditions set in their upbringing.

Sincerely,

Nrusingha Charan Samal                                              Flat No-001
Ex-Principal ABIT Jr College                                        Metro Centre
Retd Reader and Head of the Department of Physics                   Cuttack-753001
Christ College Cuttack                                              Odisha
Odisha

----------------------------------------------------------------------------------------------------

                              AN APPEAL                          8th August 2019

To
The Honorable Judge
Seatle Court
USA

Sir,

I am a retired college teacher worked about 40yrs and become the principal of the college for three years.

In 1970 I was working as language teacher in India with the "97 Country Training Programme" organized by the American peace corps in which I was teaching the Oriya language to about 30 Americans from different state of America .

Mr. P.K. Samal who is now in your custody is my son in Law married to my first daughter Sagarika in the year November 1997. For last  20 years they were living in Seattle. Where P.K Samal was doing business. As I know him P.K is polite sober and helping in nature. In process of helping other he might have committed some mistake which is unlawful in the eye of for which he is punished remained in custody for about one year. For this period my innocent daughter and two grandsons were also punished. My daughter is a housewife and dependent. You can imagine how miserable condition they are living. I am a 75-year-old man and heart patient. I am always living in tension for them.

In view of the above I request you in folded hands to forgive and release him, so that their family may leave peacefully. I assure you P.K will not commit such type of mistake in future. Be kind to him while considering his case. Thank you.

Yours Sincerely

Nrusingha Charan Samal

Father in Law