# EXHIBIT J



# Immigration Court Backlog Jumps While Case Processing Slows

The Immigration Court's backlog keeps rising. As of the end of May 2018, the number of cases waiting decision reached an all-time high of 714,067. This compares with a court backlog of 542,411 cases at the end of January 2017 when President Trump assumed office. During his term the backlog has increased by almost a third (32%) with 171,656 more cases added. See Figure 1.



Figure 1. Pending Cases in Immigration Court
*(Click for larger image)*

It is noteworthy that the pace of court filings has not increased - indeed, filings are running slightly behind that of last year at this time. Instead, what appears to be driving the burgeoning backlog is the lengthening time it now takes to schedule hearings and complete proceedings in the face of the court's over-crowded dockets.

While the Justice Department, including Attorney General Sessions and court administrators, have implemented a number of new policies with the announced aim of speeding case dispositions, their efforts thus far have not had the desired result and appear to have actually lengthened completion times so that these have risen to new all-time highs.

For example, cases that ultimately result in a removal order are taking 28 percent longer to process than last year - up from 392 days to an average of 501 days - from the date of the Notice to Appear (NTA) to the date of the decision. And compared with the last full fiscal year of the Obama administration, cases resulting in removal take an average of 42 percent longer.

Decisions granting asylum or another type of relief now take over twice as long as removal decisions. Relief decisions this year on average took 1,064 days - up 17 percent - from last year. Again, these times represent a new all-time high for the court.

**Current Wait Times for a Court Hearing**

Cases that are now being completed reflect matters that were filed in past years. New cases may take even longer given the lengthening wait times before a slot on the court's docket becomes available. While it is not possible to know how long current cases will have to wait for their decisions, it is possible to assess how long immigrants have been and continue to wait for their scheduled appearance before a judge.

Table 1 provides a run-down on how long current cases are waiting before their hearing is scheduled to occur. There is an enormous range in wait times depending upon hearing location. At one extreme, wait times in Houston, San Antonio, Chicago, Imperial (California), Denver, and Arlington (Virginia) now average over 1,400 days. However, wait times at some hearing locations for detained immigrants can be considerably shorter - as little as a month or two.

Even these hearings can be postponed if cases with higher priority bump them off the docket, or the judge is temporarily reassigned to handle caseloads elsewhere. Further, decisions often require multiple hearings so immigrants may have to wait much longer before their case is finally resolved. In fact, sixty-one percent of cases in the backlog are waiting their "master calendar" hearing[1]. Except for individuals who want to immediately agree to their removal, the "master calendar hearing" is only the first hearing - not the last. As EOIR explains, an individual's first appearance before an immigration judge in a removal proceeding is at a master calendar hearing. The purpose of the master calendar hearing is to advise the individuals of their rights, explain the removal charges the government has filed against them, take pleadings, identify and attempt to narrow the factual and legal issues, and set deadlines for filing any papers needed for subsequent hearings.

After the master calendar hearing, an individual merits hearing may then need to be scheduled. Continuances may also be required to allow the immigrant time to find an attorney, or for a new attorney once found to gather the evidence needed to defend his or her client given the government's particular claims.

With the current backlog and already overcrowded dockets, the ultimate delay for individuals requiring one or more additional hearings will as a result be a great deal longer than the wait times shown in Table 1. This is highlighted in the last column of the table which shows how far out into the future new hearings at that location are being scheduled. Dates beyond 2021 are not uncommon at many locations.

Table 1. Pending Cases and Wait Times Until Hearings Scheduled by Court Location*
*(click title to open in a new window)*

| State | Hearing Location** | Pending Cases | Average Days - Already Waited | Average Days - More Until Hearing | Average Days - Projected Total Wait | Latest Hearing Date Scheduled |
|---|---|---|---|---|---|---|
| TX | Leland Federal Building (Houston) | 6,596 | 1,440 | 311 | 1,751 | 13SEP2021 |
| TX | San Antonio, Texas | 26,168 | 1,171 | 443 | 1,614 | 29NOV2019 |
| IL | Chicago, Illinois | 23,543 | 1,091 | 451 | 1,542 | 30DEC2021 |
| CA | Imperial, California | 3,239 | 801 | 695 | 1,496 | 10DEC2021 |
| TX | Houston, Texas | 41,634 | 944 | 513 | 1,457 | 17MAY2023 |
| CO | Denver, Colorado | 11,550 | 1,087 | 337 | 1,424 | 16DEC2021 |
| VA | Arlington, Virginia | 32,012 | 883 | 517 | 1,400 | 22DEC2022 |
| NE | Omaha, Nebraska | 7,843 | 914 | 357 | 1,271 | 15DEC2021 |
| GA | Atlanta, Georgia | 13,028 | 912 | 338 | 1,250 | 29SEP2021 |
| OH | Cleveland, Ohio | 9,043 | 819 | 403 | 1,222 | 16DEC2021 |

\* This table combined data from TRAC's backlog tool on the average days cases have "Already Waited" with how much longer on average cases must wait until their hearing is scheduled ("More Until Hearing"). In this table, the average "Projected Total Wait" combines these two figures into the average "Projected Total Wait" at each hearing location. Hearings not yet scheduled are assigned the latest hearing date currently scheduled at that location in computing average wait times. Note that hearings can be rescheduled sooner or moved later, so these statistics are merely projected figures for the average wait time based on the

court's hearing schedule as of the end of May 2018.
\*\* Court locations listed have at least 25 pending cases.

**Footnotes**

[1] *Court records show that half of these are the initial master calendar hearing, while in the other half the schedule for the master calendar hearing has had to be reset.*

*TRAC is a nonpartisan, nonprofit data research center affiliated with the Newhouse School of Public Communications and the Whitman School of Management, both at Syracuse University. For more information, to subscribe, or to donate, contact trac@syr.edu or call 315-443-3563.*

*Report date: June 8, 2018*



Copyright 2018, TRAC Reports, Inc.

 

<< Back to: **Immigration Court Backlog Jumps While Case Processing Slows**

## Table 1. Pending Cases and Wait Times Until Hearings Scheduled by Court Location*

| State | Hearing Location** | Pending Cases | Average Days Already Waited | Average Days More Until Hearing | Average Days Projected Total Wait | Latest Hearing Date Scheduled |
|---|---|---|---|---|---|---|
| TX | Leland Federal Building (Houston) | 6,596 | 1,440 | 311 | 1,751 | 13SEP2021 |
| TX | San Antonio, Texas | 26,168 | 1,171 | 443 | 1,614 | 29NOV2019 |
| IL | Chicago, Illinois | 23,543 | 1,091 | 451 | 1,542 | 30DEC2021 |
| CA | Imperial, California | 3,239 | 801 | 695 | 1,496 | 10DEC2021 |
| TX | Houston, Texas | 41,634 | 944 | 513 | 1,457 | 17MAY2023 |
| CO | Denver, Colorado | 11,550 | 1,087 | 337 | 1,424 | 16DEC2021 |
| VA | Arlington, Virginia | 32,012 | 883 | 517 | 1,400 | 22DEC2022 |
| NE | Omaha, Nebraska | 7,843 | 914 | 357 | 1,271 | 15DEC2021 |
| GA | Atlanta, Georgia | 13,028 | 912 | 338 | 1,250 | 29SEP2021 |
| OH | Cleveland, Ohio | 9,043 | 819 | 403 | 1,222 | 16DEC2021 |
| MI | Detroit, Michigan | 3,665 | 897 | 305 | 1,202 | 29DEC2021 |
| CA | San Francisco, California | 51,967 | 778 | 405 | 1,183 | 22DEC2021 |
| PA | Philadelphia Adults With Children | 280 | 819 | 346 | 1,165 | 03FEB2020 |
| WA | Seattle, Washington | 9,781 | 703 | 435 | 1,138 | 27DEC2021 |
| NJ | Newark, New Jersey | 37,891 | 841 | 275 | 1,116 | 23DEC2021 |
| OR | Portland, Oregon | 4,724 | 641 | 466 | 1,107 | 03SEP2021 |
| MA | Boston, Massachusetts | 20,926 | 718 | 388 | 1,106 | 30NOV2021 |
| AZ | Phoenix, Arizona | 7,901 | 763 | 331 | 1,094 | 16SEP2020 |
| NY | New York City, New York | 92,883 | 700 | 392 | 1,092 | 30JUN2021 |
| TX | Dallas, Texas | 17,164 | 580 | 511 | 1,091 | 05APR2022 |
| MN | Bloomington | 6,162 | 686 | 374 | 1,060 | 23DEC2021 |
| TX | El Paso, Texas | 3,863 | 846 | 115 | 961 | 13MAR2019 |
| NC | Charlotte Juvenile | 1,410 | 778 | 182 | 960 | 14MAY2019 |
| MN | Minnesota Correctional Facility | 67 | 719 | 228 | 947 | 08JAN2020 |
| CA | Los Angeles, California | 70,377 | 731 | 216 | 947 | 19OCT2021 |
| MD | Baltimore, Maryland | 25,351 | 589 | 308 | 897 | 06DEC2021 |
| TN | Memphis, Tennessee | 10,428 | 474 | 414 | 888 | 24FEB2022 |
| LA | New Orleans, Louisiana | 9,237 | 495 | 392 | 887 | 29DEC2021 |
| MO | Kansas City, Missouri | 7,817 | 574 | 301 | 875 | 17DEC2021 |
| NE | Omaha Juvenile | 1,659 | 662 | 206 | 868 | 10JUN2021 |
| VA | Arlington Juvenile | 7,935 | 555 | 309 | 864 | 27DEC2021 |
| MA | Boston Unaccompanied Juvenile | 3,933 | 660 | 201 | 861 | 30APR2020 |
| FL | Miami, Florida | 33,287 | 636 | 179 | 815 | 28APR2020 |
| CT | Hartford, Connecticut | 3,787 | 485 | 328 | 813 | 29JUL2021 |
| KY | Louisville, Kentucky | 5,286 | 642 | 164 | 806 | 27FEB2020 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PA | Philadelphia, Pennsylvania | 9,002 | 521 | 265 | 786 | 07JAN2021 |
| CT | Hartford Juvenile | 594 | 625 | 153 | 778 | 28APR2020 |
| NV | Las Vegas, Nevada | 2,242 | 536 | 226 | 762 | 31JAN2020 |
| ID | Boise, Idaho | 624 | 557 | 202 | 759 | 27APR2020 |
| MI | Detroit Juvenile | 1,081 | 462 | 283 | 745 | 04MAR2021 |
| TX | Harlingen, Texas | 2,999 | 576 | 169 | 745 | 30SEP2019 |
| PA | Philadelphia Juvenile | 1,589 | 546 | 190 | 736 | 27DEC2019 |
| AZ | Arizona State Prison-Central Unit | 27 | 654 | 74 | 728 | 04DEC2018 |
| TX | Southwest Key | 1,791 | 505 | 209 | 714 | 12JAN2022 |
| GA | Summit Federal Building | 7,016 | 220 | 483 | 703 | 30DEC2020 |
| IL | Chicago Non-Detained Juveniles | 1,782 | 501 | 193 | 694 | 13DEC2021 |
| TN | Memphis Juvenile | 846 | 438 | 253 | 691 | 19JUL2021 |
| FL | Orlando, Florida | 13,509 | 408 | 265 | 673 | 30MAR2020 |
| MN | Bloomington Juvenile | 602 | 308 | 350 | 658 | 10AUG2021 |
| MD | Baltimore, Maryland Juvenile | 6,858 | 362 | 268 | 630 | 25NOV2019 |
| AZ | Arizona State Prison-Rynning Unit | 32 | 547 | 83 | 630 | 10OCT2018 |
| UT | Salt Lake City, Utah | 1,908 | 495 | 116 | 611 | 26APR2019 |
| NV | Las Vegas Juvenile | 1,150 | 386 | 216 | 602 | 04FEB2020 |
| PA | Pittsburgh, Pennsylvania | 933 | 436 | 158 | 594 | 18FEB2020 |
| NY | Buffalo, New York | 1,578 | 463 | 108 | 571 | 17JAN2019 |
| CA | San Francisco Non-Detained Juveniles | 2,622 | 258 | 309 | 567 | 26MAY2021 |
| NV | Reno, Nevada | 481 | 424 | 134 | 558 | 17JUN2019 |
| AZ | Tucson, Arizona | 615 | 457 | 97 | 554 | 08MAR2019 |
| NC | Charlotte | 12,068 | 357 | 190 | 547 | 01JUL2020 |
| AZ | Arizona DOC- Perryville | 51 | 357 | 189 | 546 | 09MAY2019 |
| CA | San Diego, California | 4,306 | 418 | 117 | 535 | 30MAY2019 |
| AK | Anchorage, Alaska | 101 | 498 | 32 | 530 | 04DEC2018 |
| GA | Georgia Department of Corrections- Diagnostic | 69 | 437 | 49 | 486 | 11SEP2018 |
| IL | Illinois DOC- Statesville | 175 | 372 | 107 | 479 | 27NOV2018 |
| TX | San Antonio Non-Detained Juvenile | 810 | 379 | 94 | 473 | 11DEC2018 |
| HI | Honolulu, Hawaii | 597 | 287 | 182 | 469 | 18MAY2020 |
| MP | Saipan, Northern Mariana Islands | 149 | 242 | 154 | 396 | 12SEP2019 |
| NY | Buffalo Juvenile | 67 | 310 | 69 | 379 | 04DEC2018 |
| NY | Downstate Correctional Facility | 85 | 339 | 39 | 378 | 10SEP2018 |
| TX | El Paso Juvenile | 159 | 319 | 58 | 377 | 13SEP2018 |
| OH | Ohio Dept. of Corr., Correctional Reception Center - ORI | 42 | 267 | 108 | 375 | 15FEB2019 |
| VI | St. Thomas, Virgin Islands | 94 | 285 | 70 | 355 | 08AUG2018 |
| PR | San Juan, Puerto Rico | 192 | 267 | 85 | 352 | 20DEC2018 |
| TX | Texas DOC- Huntsville | 215 | 284 | 57 | 341 | 16OCT2018 |
| WI | Wisconsin Department of Corrections | 32 | 262 | 60 | 322 | 14DEC2018 |
| ND | North Dakota Vtc | 133 | 35 | 216 | 251 | 11MAR2020 |
| CA | San Diego Juvenile | 317 | 159 | 80 | 239 | 21FEB2019 |
| AZ | Arizona DOC- Tucson | 117 | 176 | 55 | 231 | 17OCT2018 |
| NY | Ulster Correctional Facility | 127 | 175 | 44 | 219 | 18SEP2018 |

| State | Location | | | | | |
|---|---|---:|---:|---:|---:|---|
| CT | Connecticut Dept. of Correction | 35 | 156 | 63 | 219 | 18OCT2018 |
| CA | Taft-Federal Corrections Institution | 98 | 166 | 43 | 209 | 02OCT2018 |
| VA | Arlington Juvenile Detainees | 82 | 144 | 58 | 202 | 19SEP2018 |
| PA | Pennsylvania Dept. of Corr., State Corr. Inst. | 30 | 165 | 33 | 198 | 09OCT2018 |
| TX | Harlingen, Texas | 966 | 92 | 96 | 188 | 08AUG2019 |
| TX | Boken Kamp Children's Center | 38 | 178 | 7 | 185 | 05JUN2018 |
| CA | San Francisco Detained | 315 | 142 | 36 | 178 | 31AUG2018 |
| AZ | Eloy INS Detention Center | 908 | 128 | 47 | 175 | 08JAN2019 |
| TX | San Antonio Detained Juvenile | 140 | 132 | 37 | 169 | 15AUG2018 |
| TX | El Paso Service Processing Center | 474 | 138 | 26 | 164 | 02AUG2018 |
| SD | South Dakota Vtc | 206 | 30 | 129 | 159 | 10JUN2020 |
| LA | Lasalle Detention Facility | 419 | 140 | 17 | 157 | 06AUG2018 |
| TX | Swk- Casa Montezuma (Swkcmtx) | 57 | 112 | 44 | 156 | 14AUG2018 |
| NJ | Elizabeth Video Hearings | 28 | 132 | 24 | 156 | 31JUL2018 |
| AZ | Florence, Arizona | 488 | 116 | 38 | 154 | 11OCT2018 |
| GA | Atlanta Detained Location | 415 | 90 | 63 | 153 | 31OCT2019 |
| WA | Northwest Detention Center | 1,069 | 71 | 78 | 149 | 14NOV2018 |
| CA | Otay Mesa Detention Center | 662 | 108 | 38 | 146 | 03OCT2018 |
| NY | Batavia Service Processing Center | 277 | 104 | 41 | 145 | 27SEP2018 |
| TX | Laredo, Texas - Detention Facility | 230 | 76 | 67 | 143 | 30OCT2018 |
| AZ | Phoenix Juvenile | 411 | 71 | 69 | 140 | 07DEC2018 |
| PA | Pike County Prison | 73 | 98 | 39 | 137 | 29AUG2018 |
| NJ | Essex County Jail | 554 | 107 | 30 | 137 | 15AUG2018 |
| NY | New York Service Processing Center (Varick St) | 861 | 95 | 40 | 135 | 05SEP2018 |
| IL | Chicago Detained Juveniles | 282 | 67 | 62 | 129 | 01NOV2018 |
| TX | T. Don Hutto Residential | 114 | 91 | 37 | 128 | 14AUG2018 |
| TX | Houston Service Processing Center | 323 | 103 | 25 | 128 | 31JUL2018 |
| NJ | Elizabeth Detention Center | 202 | 91 | 30 | 121 | 30JUL2018 |
| TX | Southwest Key Program Casa Quetzal | 85 | 83 | 35 | 118 | 24JUL2018 |
| CA | Juvenile Detained Sansome | 37 | 69 | 48 | 117 | 20AUG2018 |
| TX | Conroe Swk | 38 | 97 | 19 | 116 | 07AUG2018 |
| TX | BCFS | 62 | 79 | 34 | 113 | 10JUL2018 |
| GA | Atlanta Immigration Court | 665 | 78 | 34 | 112 | 24SEP2018 |
| PA | York County Prison | 414 | 63 | 42 | 105 | 25SEP2018 |
| CA | Adelanto Detention Facility West | 1,029 | 80 | 25 | 105 | 31JUL2018 |
| NM | Otero County Processing Center | 323 | 71 | 29 | 100 | 01AUG2018 |
| TX | Dallas Detained | 123 | 51 | 44 | 95 | 20AUG2018 |
| VA | Arlington Detained Location | 429 | 70 | 25 | 95 | 31JUL2018 |
| CA | Adelanto Detention Facility East | 184 | 71 | 24 | 95 | 26JUL2018 |
| TX | Pearsall, Texas - Detention Facility | 813 | 60 | 34 | 94 | 12SEP2018 |
| CA | Imperial Detained | 475 | 56 | 36 | 92 | 13SEP2018 |
| CO | Aurora Immigration Court | 479 | 55 | 37 | 92 | 03OCT2018 |
| IL | Chicago Detained | 615 | 57 | 34 | 91 | 11SEP2018 |
| FL | Krome North Service Processing Center | 233 | 74 | 16 | 90 | 18JUL2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GA | Stewart Detention Center - Lumpkin Georgia - LGD | 680 | 58 | 28 | 86 | 13AUG2018 |
| OH | Geauga County Detained | 59 | 63 | 19 | 82 | 12JUL2018 |
| TX | Oklahoma City Detained | 66 | 37 | 44 | 81 | 22AUG2018 |
| TX | Houston Female Detained | 121 | 58 | 21 | 79 | 31JUL2018 |
| OH | Northeast Ohio Correctional Center | 111 | 56 | 23 | 79 | 13AUG2018 |
| FL | Immigration Court | 154 | 51 | 26 | 77 | 31JUL2018 |
| TX | David L. Moss Criminal Justice Center | 33 | 58 | 19 | 77 | 26JUN2018 |
| MN | Bloomington Detained | 193 | 57 | 20 | 77 | 26JUL2018 |
| TX | Joe Corley Detention Facility | 469 | 54 | 21 | 75 | 30JUL2018 |
| NV | Pahrump | 117 | 43 | 28 | 71 | 11SEP2018 |
| NM | Cibola County Correctional Center | 26 | 51 | 18 | 69 | 24JUL2018 |
| CA | Los Angeles 3 | 357 | 51 | 17 | 68 | 23JUL2018 |
| CA | San Francisco Video | 153 | 48 | 19 | 67 | 17AUG2018 |
| TX | Polk County Detention Facility | 658 | 31 | 36 | 67 | 07AUG2018 |
| TX | Port Isabel Service Processing Center | 312 | 35 | 31 | 66 | 20AUG2018 |
| TX | Prairieland Detention Center | 177 | 44 | 21 | 65 | 17JUL2018 |
| OH | Butler County Sheriff's Office | 57 | 50 | 15 | 65 | 05JUL2018 |
| MI | Detroit Detainees | 198 | 41 | 23 | 64 | 26JUL2018 |
| MA | Boston Detained | 187 | 48 | 16 | 64 | 18JUL2018 |
| FL | Broward Transitional Center | 398 | 41 | 22 | 63 | 10AUG2018 |
| MO | Kansas City Immigration Court - Detained | 118 | 46 | 17 | 63 | 17JUL2018 |
| TX | Joe Corley Detained Female | 108 | 27 | 35 | 62 | 01AUG2018 |
| NE | Omaha Immigration Court - Detained | 153 | 35 | 27 | 62 | 17JUL2018 |
| FL | Glades County Prison | 114 | 41 | 19 | 60 | 24JUL2018 |
| LA | DHS-Litigation Unit/Oakdale | 208 | 36 | 17 | 53 | 26JUL2018 |
| OH | Cleveland Detained Location | 37 | 37 | 16 | 53 | 25JUN2018 |
| TX | Johnson County Jail | 172 | 28 | 21 | 49 | 03JUL2018 |
| TX | Patrick E. Moore Detention Center | 60 | 30 | 13 | 43 | 15AUG2018 |
| TX | Dilley - Stfrc | 26 | 25 | 6 | 31 | 06JUN2018 |

\* This table combined data from TRAC's backlog tool on the average days cases have "Already Waited" with how much longer on average cases must wait until their hearing is scheduled ("More Until Hearing"). In this table, the average "Projected Total Wait" combines these two figures into the average "Projected Total Wait" at each hearing location. Hearings not yet scheduled are assigned the latest hearing date currently scheduled at that location in computing average wait times. Note that hearings can be rescheduled sooner or moved later, so these statistics are merely projected figures for the average wait time based on the court's hearing schedule as of the end of May 2018.
\*\* Court locations listed have at least 25 pending cases.

*Report date: June 8, 2018*



Copyright 2018, TRAC Reports, Inc.




<< Back to: **Immigration Court Backlog Jumps While Case Processing Slows**

## Table 1. Pending Cases and Wait Times Until Hearings Scheduled by Court Location*

| State | Hearing Location** | Pending Cases | Average Days | | | Latest Hearing Date Scheduled |
| | | | Already Waited | More Until Hearing | Projected Total Wait | |
|---|---|---|---|---|---|---|
| TX | Leland Federal Building (Houston) | 6,596 | 1,440 | 311 | 1,751 | 13SEP2021 |
| TX | San Antonio, Texas | 26,168 | 1,171 | 443 | 1,614 | 29NOV2019 |
| IL | Chicago, Illinois | 23,543 | 1,091 | 451 | 1,542 | 30DEC2021 |
| CA | Imperial, California | 3,239 | 801 | 695 | 1,496 | 10DEC2021 |
| TX | Houston, Texas | 41,634 | 944 | 513 | 1,457 | 17MAY2023 |
| CO | Denver, Colorado | 11,550 | 1,087 | 337 | 1,424 | 16DEC2021 |
| VA | Arlington, Virginia | 32,012 | 883 | 517 | 1,400 | 22DEC2022 |
| NE | Omaha, Nebraska | 7,843 | 914 | 357 | 1,271 | 15DEC2021 |
| GA | Atlanta, Georgia | 13,028 | 912 | 338 | 1,250 | 29SEP2021 |
| OH | Cleveland, Ohio | 9,043 | 819 | 403 | 1,222 | 16DEC2021 |
| MI | Detroit, Michigan | 3,665 | 897 | 305 | 1,202 | 29DEC2021 |
| CA | San Francisco, California | 51,967 | 778 | 405 | 1,183 | 22DEC2021 |
| PA | Philadelphia Adults With Children | 280 | 819 | 346 | 1,165 | 03FEB2020 |
| WA | Seattle, Washington | 9,781 | 703 | 435 | 1,138 | 27DEC2021 |
| NJ | Newark, New Jersey | 37,891 | 841 | 275 | 1,116 | 23DEC2021 |
| OR | Portland, Oregon | 4,724 | 641 | 466 | 1,107 | 03SEP2021 |
| MA | Boston, Massachusetts | 20,926 | 718 | 388 | 1,106 | 30NOV2021 |
| AZ | Phoenix, Arizona | 7,901 | 763 | 331 | 1,094 | 16SEP2020 |
| NY | New York City, New York | 92,883 | 700 | 392 | 1,092 | 30JUN2021 |
| TX | Dallas, Texas | 17,164 | 580 | 511 | 1,091 | 05APR2022 |
| MN | Bloomington | 6,162 | 686 | 374 | 1,060 | 23DEC2021 |
| TX | El Paso, Texas | 3,863 | 846 | 115 | 961 | 13MAR2019 |
| NC | Charlotte Juvenile | 1,410 | 778 | 182 | 960 | 14MAY2019 |
| MN | Minnesota Correctional Facility | 67 | 719 | 228 | 947 | 08JAN2020 |
| CA | Los Angeles, California | 70,377 | 731 | 216 | 947 | 19OCT2021 |
| MD | Baltimore, Maryland | 25,351 | 589 | 308 | 897 | 06DEC2021 |
| TN | Memphis, Tennessee | 10,428 | 474 | 414 | 888 | 24FEB2022 |
| LA | New Orleans, Louisiana | 9,237 | 495 | 392 | 887 | 29DEC2021 |
| MO | Kansas City, Missouri | 7,817 | 574 | 301 | 875 | 17DEC2021 |
| NE | Omaha Juvenile | 1,659 | 662 | 206 | 868 | 10JUN2021 |
| VA | Arlington Juvenile | 7,935 | 555 | 309 | 864 | 27DEC2021 |
| MA | Boston Unaccompanied Juvenile | 3,933 | 660 | 201 | 861 | 30APR2020 |
| FL | Miami, Florida | 33,287 | 636 | 179 | 815 | 28APR2020 |
| CT | Hartford, Connecticut | 3,787 | 485 | 328 | 813 | 29JUL2021 |
| KY | Louisville, Kentucky | 5,286 | 642 | 164 | 806 | 27FEB2020 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PA | Philadelphia, Pennsylvania | 9,002 | 521 | 265 | 786 | 07JAN2021 |
| CT | Hartford Juvenile | 594 | 625 | 153 | 778 | 28APR2020 |
| NV | Las Vegas, Nevada | 2,242 | 536 | 226 | 762 | 31JAN2020 |
| ID | Boise, Idaho | 624 | 557 | 202 | 759 | 27APR2020 |
| MI | Detroit Juvenile | 1,081 | 462 | 283 | 745 | 04MAR2021 |
| TX | Harlingen, Texas | 2,999 | 576 | 169 | 745 | 30SEP2019 |
| PA | Philadelphia Juvenile | 1,589 | 546 | 190 | 736 | 27DEC2019 |
| AZ | Arizona State Prison-Central Unit | 27 | 654 | 74 | 728 | 04DEC2018 |
| TX | Southwest Key | 1,791 | 505 | 209 | 714 | 12JAN2022 |
| GA | Summit Federal Building | 7,016 | 220 | 483 | 703 | 30DEC2020 |
| IL | Chicago Non-Detained Juveniles | 1,782 | 501 | 193 | 694 | 13DEC2021 |
| TN | Memphis Juvenile | 846 | 438 | 253 | 691 | 19JUL2021 |
| FL | Orlando, Florida | 13,509 | 408 | 265 | 673 | 30MAR2020 |
| MN | Bloomington Juvenile | 602 | 308 | 350 | 658 | 10AUG2021 |
| MD | Baltimore, Maryland Juvenile | 6,858 | 362 | 268 | 630 | 25NOV2019 |
| AZ | Arizona State Prison-Rynning Unit | 32 | 547 | 83 | 630 | 10OCT2018 |
| UT | Salt Lake City, Utah | 1,908 | 495 | 116 | 611 | 26APR2019 |
| NV | Las Vegas Juvenile | 1,150 | 386 | 216 | 602 | 04FEB2020 |
| PA | Pittsburgh, Pennsylvania | 933 | 436 | 158 | 594 | 18FEB2020 |
| NY | Buffalo, New York | 1,578 | 463 | 108 | 571 | 17JAN2019 |
| CA | San Francisco Non-Detained Juveniles | 2,622 | 258 | 309 | 567 | 26MAY2021 |
| NV | Reno, Nevada | 481 | 424 | 134 | 558 | 17JUN2019 |
| AZ | Tucson, Arizona | 615 | 457 | 97 | 554 | 08MAR2019 |
| NC | Charlotte | 12,068 | 357 | 190 | 547 | 01JUL2020 |
| AZ | Arizona DOC- Perryville | 51 | 357 | 189 | 546 | 09MAY2019 |
| CA | San Diego, California | 4,306 | 418 | 117 | 535 | 30MAY2019 |
| AK | Anchorage, Alaska | 101 | 498 | 32 | 530 | 04DEC2018 |
| GA | Georgia Department of Corrections- Diagnostic | 69 | 437 | 49 | 486 | 11SEP2018 |
| IL | Illinois DOC- Statesville | 175 | 372 | 107 | 479 | 27NOV2018 |
| TX | San Antonio Non-Detained Juvenile | 810 | 379 | 94 | 473 | 11DEC2018 |
| HI | Honolulu, Hawaii | 597 | 287 | 182 | 469 | 18MAY2020 |
| MP | Saipan, Northern Mariana Islands | 149 | 242 | 154 | 396 | 12SEP2019 |
| NY | Buffalo Juvenile | 67 | 310 | 69 | 379 | 04DEC2018 |
| NY | Downstate Correctional Facility | 85 | 339 | 39 | 378 | 10SEP2018 |
| TX | El Paso Juvenile | 159 | 319 | 58 | 377 | 13SEP2018 |
| OH | Ohio Dept. of Corr., Correctional Reception Center - ORI | 42 | 267 | 108 | 375 | 15FEB2019 |
| VI | St. Thomas, Virgin Islands | 94 | 285 | 70 | 355 | 08AUG2018 |
| PR | San Juan, Puerto Rico | 192 | 267 | 85 | 352 | 20DEC2018 |
| TX | Texas DOC- Huntsville | 215 | 284 | 57 | 341 | 16OCT2018 |
| WI | Wisconsin Department of Corrections | 32 | 262 | 60 | 322 | 14DEC2018 |
| ND | North Dakota Vtc | 133 | 35 | 216 | 251 | 11MAR2020 |
| CA | San Diego Juvenile | 317 | 159 | 80 | 239 | 21FEB2019 |
| AZ | Arizona DOC- Tucson | 117 | 176 | 55 | 231 | 17OCT2018 |
| NY | Ulster Correctional Facility | 127 | 175 | 44 | 219 | 18SEP2018 |

| State | Location | | | | | |
|---|---|---|---|---|---|---|
| CT | Connecticut Dept. of Correction | 35 | 156 | 63 | 219 | 18OCT2018 |
| CA | Taft-Federal Corrections Institution | 98 | 166 | 43 | 209 | 02OCT2018 |
| VA | Arlington Juvenile Detainees | 82 | 144 | 58 | 202 | 19SEP2018 |
| PA | Pennsylvania Dept. of Corr., State Corr. Inst. | 30 | 165 | 33 | 198 | 09OCT2018 |
| TX | Harlingen, Texas | 966 | 92 | 96 | 188 | 08AUG2019 |
| TX | Boken Kamp Children's Center | 38 | 178 | 7 | 185 | 05JUN2018 |
| CA | San Francisco Detained | 315 | 142 | 36 | 178 | 31AUG2018 |
| AZ | Eloy INS Detention Center | 908 | 128 | 47 | 175 | 08JAN2019 |
| TX | San Antonio Detained Juvenile | 140 | 132 | 37 | 169 | 15AUG2018 |
| TX | El Paso Service Processing Center | 474 | 138 | 26 | 164 | 02AUG2018 |
| SD | South Dakota Vtc | 206 | 30 | 129 | 159 | 10JUN2020 |
| LA | Lasalle Detention Facility | 419 | 140 | 17 | 157 | 06AUG2018 |
| TX | Swk- Casa Montezuma (Swkcmtx) | 57 | 112 | 44 | 156 | 14AUG2018 |
| NJ | Elizabeth Video Hearings | 28 | 132 | 24 | 156 | 31JUL2018 |
| AZ | Florence, Arizona | 488 | 116 | 38 | 154 | 11OCT2018 |
| GA | Atlanta Detained Location | 415 | 90 | 63 | 153 | 31OCT2019 |
| WA | Northwest Detention Center | 1,069 | 71 | 78 | 149 | 14NOV2018 |
| CA | Otay Mesa Detention Center | 662 | 108 | 38 | 146 | 03OCT2018 |
| NY | Batavia Service Processing Center | 277 | 104 | 41 | 145 | 27SEP2018 |
| TX | Laredo, Texas - Detention Facility | 230 | 76 | 67 | 143 | 30OCT2018 |
| AZ | Phoenix Juvenile | 411 | 71 | 69 | 140 | 07DEC2018 |
| PA | Pike County Prison | 73 | 98 | 39 | 137 | 29AUG2018 |
| NJ | Essex County Jail | 554 | 107 | 30 | 137 | 15AUG2018 |
| NY | New York Service Processing Center (Varick St) | 861 | 95 | 40 | 135 | 05SEP2018 |
| IL | Chicago Detained Juveniles | 282 | 67 | 62 | 129 | 01NOV2018 |
| TX | T. Don Hutto Residential | 114 | 91 | 37 | 128 | 14AUG2018 |
| TX | Houston Service Processing Center | 323 | 103 | 25 | 128 | 31JUL2018 |
| NJ | Elizabeth Detention Center | 202 | 91 | 30 | 121 | 30JUL2018 |
| TX | Southwest Key Program Casa Quetzal | 85 | 83 | 35 | 118 | 24JUL2018 |
| CA | Juvenile Detained Sansome | 37 | 69 | 48 | 117 | 20AUG2018 |
| TX | Conroe Swk | 38 | 97 | 19 | 116 | 07AUG2018 |
| TX | BCFS | 62 | 79 | 34 | 113 | 10JUL2018 |
| GA | Atlanta Immigration Court | 665 | 78 | 34 | 112 | 24SEP2018 |
| PA | York County Prison | 414 | 63 | 42 | 105 | 25SEP2018 |
| CA | Adelanto Detention Facility West | 1,029 | 80 | 25 | 105 | 31JUL2018 |
| NM | Otero County Processing Center | 323 | 71 | 29 | 100 | 01AUG2018 |
| TX | Dallas Detained | 123 | 51 | 44 | 95 | 20AUG2018 |
| VA | Arlington Detained Location | 429 | 70 | 25 | 95 | 31JUL2018 |
| CA | Adelanto Detention Facility East | 184 | 71 | 24 | 95 | 26JUL2018 |
| TX | Pearsall, Texas - Detention Facility | 813 | 60 | 34 | 94 | 12SEP2018 |
| CA | Imperial Detained | 475 | 56 | 36 | 92 | 13SEP2018 |
| CO | Aurora Immigration Court | 479 | 55 | 37 | 92 | 03OCT2018 |
| IL | Chicago Detained | 615 | 57 | 34 | 91 | 11SEP2018 |
| FL | Krome North Service Processing Center | 233 | 74 | 16 | 90 | 18JUL2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GA | Stewart Detention Center - Lumpkin Georgia - LGD | 680 | 58 | 28 | 86 | 13AUG2018 |
| OH | Geauga County Detained | 59 | 63 | 19 | 82 | 12JUL2018 |
| TX | Oklahoma City Detained | 66 | 37 | 44 | 81 | 22AUG2018 |
| TX | Houston Female Detained | 121 | 58 | 21 | 79 | 31JUL2018 |
| OH | Northeast Ohio Correctional Center | 111 | 56 | 23 | 79 | 13AUG2018 |
| FL | Immigration Court | 154 | 51 | 26 | 77 | 31JUL2018 |
| TX | David L. Moss Criminal Justice Center | 33 | 58 | 19 | 77 | 26JUN2018 |
| MN | Bloomington Detained | 193 | 57 | 20 | 77 | 26JUL2018 |
| TX | Joe Corley Detention Facility | 469 | 54 | 21 | 75 | 30JUL2018 |
| NV | Pahrump | 117 | 43 | 28 | 71 | 11SEP2018 |
| NM | Cibola County Correctional Center | 26 | 51 | 18 | 69 | 24JUL2018 |
| CA | Los Angeles 3 | 357 | 51 | 17 | 68 | 23JUL2018 |
| CA | San Francisco Video | 153 | 48 | 19 | 67 | 17AUG2018 |
| TX | Polk County Detention Facility | 658 | 31 | 36 | 67 | 07AUG2018 |
| TX | Port Isabel Service Processing Center | 312 | 35 | 31 | 66 | 20AUG2018 |
| TX | Prairieland Detention Center | 177 | 44 | 21 | 65 | 17JUL2018 |
| OH | Butler County Sheriff's Office | 57 | 50 | 15 | 65 | 05JUL2018 |
| MI | Detroit Detainees | 198 | 41 | 23 | 64 | 26JUL2018 |
| MA | Boston Detained | 187 | 48 | 16 | 64 | 18JUL2018 |
| FL | Broward Transitional Center | 398 | 41 | 22 | 63 | 10AUG2018 |
| MO | Kansas City Immigration Court - Detained | 118 | 46 | 17 | 63 | 17JUL2018 |
| TX | Joe Corley Detained Female | 108 | 27 | 35 | 62 | 01AUG2018 |
| NE | Omaha Immigration Court - Detained | 153 | 35 | 27 | 62 | 17JUL2018 |
| FL | Glades County Prison | 114 | 41 | 19 | 60 | 24JUL2018 |
| LA | DHS-Litigation Unit/Oakdale | 208 | 36 | 17 | 53 | 26JUL2018 |
| OH | Cleveland Detained Location | 37 | 37 | 16 | 53 | 25JUN2018 |
| TX | Johnson County Jail | 172 | 28 | 21 | 49 | 03JUL2018 |
| TX | Patrick E. Moore Detention Center | 60 | 30 | 13 | 43 | 15AUG2018 |
| TX | Dilley - Stfrc | 26 | 25 | 6 | 31 | 06JUN2018 |

\* This table combined data from TRAC's backlog tool on the average days cases have "Already Waited" withs how much longer on average cases must wait until their hearing is scheduled ("More Until Hearing"). In this table, the average "Projected Total Wait" combines these two figures into the average "Projected Total Wait" at each hearing location. Hearings not yet scheduled are assigned the latest hearing date currently scheduled at that location in computing average wait times. Note that hearings can be rescheduled sooner or moved later, so these statistics are merely projected figures for the average wait time based on the court's hearing schedule as of the end of May 2018.
\*\* Court locations listed have at least 25 pending cases.

*Report date: June 8, 2018*



Copyright 2018, TRAC Reports, Inc.