The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PRADYUMNA KUMAR SAMAL, <br><br> Defendant. | NO. CR18-214JLR <br><br> [PROPOSED] ORDER GRANTING MOTION TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM AND EXHIBITS |

Having reviewed the United States' Motion to Seal, and due to the sensitive information contained in the United States' Sentencing Memorandum and certain Exhibits, the Court hereby ORDERS as follows:

//
//

[PROPOSED] ORDER TO SEAL
*U.S. v. Samal.* (CR18-214JLR) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Government's Sentencing Memorandum, as well as Exhibits A, B, C, E, F, G, H, I, L, M, and N attached thereto, shall be filed under seal, and shall remain sealed absent further order of the Court.

DATED this 13th day of September, 2019.

JAMES L. ROBART
United States District Judge

Presented by:

/s/ Siddharth Velamoor
SIDDHARTH VELAMOOR
MICHAEL DION
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

[PROPOSED] ORDER TO SEAL
U.S. v. Samal. (CR18-214JLR) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970