THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRADYUMNA SAMAL,<br><br>Defendant. | No. CR 18-214 JLR<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

The Court, having received and reviewed the Motion to Seal Motion to Withdraw as Counsel, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED that the Motion to Withdraw as Counsel is GRANTED.

DATED this 7th day of October 2019.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

Presented by:

*s/ Emma C. Scanlan*
EMMA C. SCANLAN, WSBA #37835

*s/ Craig Suffian*
CRAIG SUFFIAN, WSBA #52697
Attorneys for Pradyumna Samal

ORDER - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780