FILED

OCT 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Appellee,<br><br>v.<br><br>PRADYUMNA KUMAR SAMAL,<br><br>  Defendant-Appellant. | No. 19-30217<br><br>D.C. No. 2:18-cr-00214-JLR<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

On October 7, 2019, the district court granted the motion of appellant's retained counsel, Emma C. Scanlan, Esq., to withdraw as counsel of record. The motion of appellant's retained counsel, Emma C. Scanlan, Esq., to withdraw as counsel of record in this court (Docket Entry No. 4) is granted.

On October 11, 2019, Joshua Sabert Lowther, Esq., entered his appearance as appellant's retained counsel of record (Docket Entry No. 5). Appellant's motion for appointment of counsel (Docket Entry No. 3) is denied as unnecessary.

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellant shall pay to the district court the $505.00 filing and docketing fees for this appeal and

file in this court proof of such payment or file in this court a motion to proceed in forma pauperis.

Failure to pay the fees or file a motion to proceed in forma pauperis may result in the dismissal of the appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

The previously established briefing schedule remains in effect.