The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PRADYUMNA KUMAR SAMAL, <br><br> Defendant. | NO. CR18-214JLR <br><br> [PROPOSED] ORDER GRANTING MOTION FOR RULE 38 RECOMMENDATION |

Defendant Pradyumna Kumar Samal has filed a motion pursuant to Federal Rule of Criminal Procedure 38(b)(2) requesting that the Court recommend to the Attorney General that he remain at the Federal Detention Center ("FDC") in SeaTac to assist counsel with the preparation of an appeal of his conviction and sentence.

The Court hereby GRANTS the motion, and RECOMMENDS to the Attorney General that Mr. Samal remain at FDC for six months after the issuance of this Order and Recommendation.

//
//
//

ORDER GRANTING RULE 38 MOTION
SAMAL/CR18-214JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 1 | IT IS ORDERED November |
| 2 | DATED this 8th day of ~~October~~, 2019. |

 

                                      JAMES L. ROBART
                                      United States District Judge

Presented by:

*/s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney

ORDER GRANTING RULE 38 MOTION
SAMAL/CR18-214JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970