UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR18-0214JLR |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| PRADYUMNA KUMAR SAMAL | (COMPASSIONATE RELEASE) |

Upon motion of the Defendant Pradyumna Kumar Samal for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits.

In deciding this motion the court considered the following factors: the Defendant's age (51); the COVID-19 situation in Defendant's BOP facility; the 27 months served versus his sentence of 87 months (31%); the Defendant's reported physical health problems, including but not limited to heart issues, high cholesterol, hypertension and high blood pressure; self-reported "certain indications of mental illness"; the extraordinary seriousness of Defendant's criminal activity; and an analysis of the 18 U.S.C. § 3553(a) factors.

IT IS SO ORDERED.

Dated:  December 29, 2020.

JAMES L. ROBART
United States District Judge