UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>PRADYUMNA KUMAR SAMAL,<br><br>             Defendant. | CASE NO. CR18-0214JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiff the United States of America's (the "Government") response to *pro se* Defendant Pradyumna Kumar Samal's second motion for compassionate release.  (Resp. (Dkt. # 129); *see also* Mot. (Dkt. # 125).)  The court DIRECTS the Government to file a copy of Mr. Samal's current Bureau of Prisons medical records by no later than March 13, 2023.

Filed and entered this 7th day of March, 2023.

MINUTE ORDER - 1

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2