The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRADYUMNA KUMAR SAMAL,<br><br>Defendant. | Nos. CR18-0214 JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO SEAL BUREAU OF PRISONS MEDICAL RECORDS |

This matter has come before the Court on the motion to seal the defendant's current Bureau of Prisons medical records. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the defendant's Bureau of Prisons medical records be filed under seal.

DATED this 8th day of March, 2023.

JAMES L. ROBART
United States District Court Judge

Presented by:

/s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

Sealing Order - 1
United States v. Samal, CR18-214 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970