UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PRADYUMNA KUMAR SAMAL,<br><br>　　　　　　　Defendant. | CASE NO. CR18-0214JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On March 15, 2023, the court entered an order denying *pro se* Defendant Pradyumna Kumar Samal's second motion for compassionate release. (3/15/23 Order (Dkt. # 134).) The same day, but after the order was filed, the court received Mr. Samal's reply to his second motion for compassionate release. (Reply (Dkt. # 135).) Accordingly, the court DIRECTS the Clerk to strike the court's March 15, 2023 order denying Mr. Samal's second motion for compassionate release (Dkt. # 134).

MINUTE ORDER - 1

1   Filed and entered this 16th day of March, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2